MARY McKERIHAN, RELATOR, v. BOARD OF EDUCATION OF WILDWOOD, RESPONDENT.

Submitted May 5, 1936—Decided July 27, 1936.

Before Justices PARKER, LLOYD and DONGES.

For the relator, *Eugene Blankenhorn.*

For the respondent, *Harry Tenenbaum.*

PER CURIAM.

This case is similar in all essential features to that of *Walker* v. *Board of Education,* 116 *N. J. L.* 595, and we reach the same result as in that case for the reasons expressed therein.

Let *mandamus* issue for unpaid salary up to September 11th, 1935. Costs to await further order. Rule discharged in other respects, without costs and without prejudice.